DAYVID FIGLER, ESQ.
Nevada Bar No. 004825
615 S. 6th St.
Las Vegas, NV 89101
Phone (702) 222-0007
Fax (702) 222-0001
Attorney for Defendant,
JOHN- BENEDICT G. ALCANTARA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-00447-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| JOHN- BENEDICT G. ALCANTARA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant, JOHN-BENEDICT G. ALCANTARA, represented by counsel DAYVID FIGLER, ESQ., and by UNITED STATES OF AMERICA represented by ALLISON HERR, Special Assistant United States Attorney, that Preliminary Hearing set for May 18, 2015, at 4:00 P.M. shall be VACATED and continued sixty (60) days or to a date thereafter which is convenient to the Court.

This stipulation is entered into for the following reasons:

1. Defense counsel and U.S Attorney require additional time to negotiate.

2. Special Assistant U.S. Attorney Herr has no opposition to the continuance of Preliminary Hearing.

3. This is the third request to continue this matter relating to Preliminary Hearing.

4. We are awaiting Defendant's report on competency.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

/ / /

1   All parties hereto agree to the above Stipulation and agree for the Preliminary Hearing set
2   for May 18, 2015, be continued by at least sixty (60) days.

Submitted this <u>13th</u> day of May, 2015.

By:

<u>/s/: Dayvid Figler</u>
DAYVID FIGLER, ESQ.
615 S. 6th St.
Las Vegas, NV 89101
(702) 222-0007
Attorney for Defendant,
JOHN- BENEDICT G. ALCANTARA

Submitted this <u>13th</u> day of May, 2015.

By:

<u>/s/: Allison Herr</u>
ALLISON HERR, ESQ.
Special Assistant United States Attorney
Attorney for Plaintiff

///
///
///

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*****

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN- BENEDICT G. ALCANTARA,

    Defendant.

Case No.  2:14-mj-00447-VCF

**ORDER**

Based on the foregoing Stipulation to Continue Preliminary Hearing, and good cause appearing therefore, the Court finds that:

1. Defense counsel and U.S Attorney require additional time to negotiate.
2. Special Assistant U.S. Attorney Herr has no opposition to the continuance of Preliminary Hearing.
3. This is the third request to continue this matter relating to Preliminary Hearing.
4. We are awaiting Defendant's report on competency.
5. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

## **ORDER**

Upon review of the foregoing Stipulation in the above-entitled matter;

**IT IS HEREBY ORDERED** that the Preliminary Hearing scheduled for May 18, 2015, at 4:00 P.M. shall be VACATED and pursuant to the parties foregoing **STIPULATION TO CONTINUE PRELIMINARY HEARING** the hearing shall be continued until the 20th  day of **July, 2015 at 4:00 p.m.**

DATED this 15th  day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1