**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN-BENEDICT G. ALCANTARA,<br><br>             Defendant. | 2:14-mj-00447-VCF<br><br>**ORDER** |

   Before the court is the United States of America v. John-Benedict G. Alcantara, case number 2:14-mj-00447-VCF.

   IT IS HEREBY ORDERED that a status hearing is scheduled for 9:00 a.m., October 16, 2015, in courtroom 3D.

   DATED this 13th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE