DAYVID J. FIGLER, ESQ.
Nevada Bar No. 004264
615 S. 6th St.
Las Vegas, NV 89101
Phone (702) 222-0007
Fax (702) 222-0001
Attorney for Defendant,
JOHN- BENEDICT G. ALCANTARA

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00326-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING (SECOND REQUEST)** |
| JOHN- BENEDICT G. ALCANTARA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant, JOHN-BENEDICT G. ALCANTARA, represented by counsel, DAYVID FIGLER, ESQ., and by Plaintiff, UNITED STATES OF AMERICA, represented by CRISTINA SILVA, Assistant United States Attorney, that Sentencing set for August 15, 2016, at 11:00 A.M. shall be VACATED and continued forty-five (45) days or to a date thereafter which is convenient to the Court.

This stipulation is entered into for the following reasons:

1. Defense counsel and U.S Attorney require additional time to prepare sentencing memoranda and evaluate relevant materials for Sentencing.

2. Assistant U.S. Attorney Silva has no opposition to the continuance of Sentencing.

3. This is only the second request to continue this matter relating to Sentencing.

4. That Assistant U.S. Attorney Silva is also scheduled to start a trial on August 22, 2016 (United States v. Fuechtener) and another on September 12, 2016 (United States v. Wetselaar, et. al).

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

All parties hereto agree to the above Stipulation and agree for Sentencing set for August 15, 2016, be continued by at least forty-five (45) days.

Stipulated and agreed to this 8th day of August, 2016, by:

/s/: Dayvid J. Figler
DAYVID J. FIGLER, ESQ.
Nevada Bar No. 004264
615 S. 6th St.
Las Vegas, NV 89101
(702) 222-0007
Attorney for Defendant,
JOHN- BENEDICT G. ALCANTARA


Stipulated and agreed to this 8th day of August, 2016, by:

/s/: Cristina Silva
CRISTINA SILVA, ESQ.
Assistant United States Attorney
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN- BENEDICT G. ALCANTARA,<br><br>Defendant. | Case No.  2:15-cr-00326-JAD-GWF<br><br>**ORDER** |

Based on the foregoing Stipulation to Continue Sentencing, and good cause appearing therefore, the Court finds that:

1. Defense counsel and U.S Attorney require additional time to prepare sentencing memoranda and evaluate relevant materials for Sentencing.

2. Assistant U.S. Attorney Silva has no opposition to the continuance of Sentencing.

3. This is the second request to continue this matter relating to Sentencing.

6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

### **ORDER**

Upon review of the foregoing Stipulation in the above-entitled matter;

**IT IS HEREBY ORDERED** that the Sentencing scheduled for August 15, 2016, at 11:00 A.M. shall be VACATED and pursuant to the parties foregoing **STIPULATION TO CONTINUE SENTENCING** the hearing shall be continued until the October 4, 2016 at 10:00 a.m.

DATED this 9th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1